1

2

3

4

5

6                      UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
7                                AT SEATTLE

8

9    BOARD OF TRUSTEES OF THE CEMENT
     MASONS & PLASTERERS HEALTH AND
     WELFARE TRUST; et al.,
10                                                      C06-1686Z
                        Plaintiffs,
11                                                      MINUTE ORDER
     v.
12
     GBC NORTHWEST, LLC, a limited liability
13   company, License No. GBCNONL957B6
     (hereafter referred to as the "Employer"); et
14   al.,

15                      Defendants.

16

17

18        The following Minute Order is made by direction of the Court, the Honorable Thomas
     S. Zilly, United States District Judge:

19
          (1)    The Court GRANTS Summit Central Construction, Inc.'s ("Summit") and
20   Travelers Casualty and Surety Company of America's ("Travelers Casualty") Motion to
     Decline the Exercise of Supplemental Jurisdiction and Dismiss Without Prejudice, docket no.
21   19.  Accordingly, the Court DISMISSES Summit, Travelers Casualty, and Sound Transit
     without prejudice.
22
          (2)    The Court STRIKES as moot Plaintiffs' Motion for Summary Judgment,
23   docket no. 13, as against Defendants Summit, Travelers Casualty, and Sound Transit.

24        (3)    The Court DENIES Plaintiffs' Motion for Summary Judgment, docket no. 13,
     as against GBC Northwest, LLC ("GBC"), because Plaintiffs failed to properly serve GBC
25   with the motion.  Attorney John Sinsheimer, whom Plaintiffs served, see Decl. of Serv.,
     docket no. 18, has not appeared on behalf of GBC in this case.
26

     MINUTE ORDER   1–

1

      (4)    The Court ADVISES Plaintiffs that the Court will dismiss Plaintiffs' claims against GBC without prejudice, unless Plaintiffs move for entry of default against GBC or

2

move for summary judgment against GBC, with proper service of the motion upon the party, by April 2, 2007.

3

      (5)    The Court DENIES Summit's and Travelers Casualty's requests for fees and

4

costs, <u>see</u> docket no. 30, at 8-9, and docket no. 35, at 8.

5

      (6)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

6

      Filed and entered this 6th day of March, 2007.

7

                       BRUCE RIFKIN, Clerk

8

9

                        s/ Claudia Hawney

            By _____

10

                     Claudia Hawney

                     Deputy Clerk

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER   2–